

```
                    FILED        LODGED
                           RECEIVED

                    DEC 16 2019

             CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON AT TACOMA
     BY                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-5318 |
| Plaintiff, | |
| v. | SUPERSEDING INFORMATION |
| CHARLES E. FIELDS, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about May 19, 2019, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, CHARLES E. FIELDS, did operate a motor-vehicle on a public highway in a negligent manner likely to endanger persons or property (Negligent Driving, 2nd Degree).

///

///

SUPERSEDING INFORMATION
United States v. CHARLES E. FIELDS, CR19-5318
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.61.525.

DATED this 16th day of December, 2019.

BRIAN T. MORAN
United States Attorney

*/s/ Hillary K. Stuart*

HILLARY K. STUART
Special Assistant United States Attorney

SUPERSEDING INFORMATION
United States v. CHARLES E. FIELDS, CR19-5318
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil